UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL RENEE THOMAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:19-cv-00072-JDP<br><br>ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 15 |

Plaintiff's second motion for extension of time, ECF No. 15, is granted. Plaintiff shall have until close of business on October 13, 2019, to file an opening brief. Further extensions shall not be granted absent extraordinary circumstances.

IT IS SO ORDERED.

Dated:   September 19, 2019  　　　　　　　　　/s/ Jeremy Peterson
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

No. 205

1