1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   RACHEL RENEE THOMAS,                    Case No. 1:19-cv-00072-JDP

12                  Plaintiff,               ORDER GRANTING PLAINTIFF'S THIRD
                                             MOTION FOR AN EXTENSION OF TIME
13          v.
                                             ECF No. 17
14   COMMISSIONER OF SOCIAL
     SECURITY,
15
                    Defendant.
16

17

18          Plaintiff's third motion for extension of time, ECF No. 17, is granted.  Plaintiff shall have

19   until close of business on October 25, 2019, to file an opening brief.

20          I do not anticipate granting further extensions.  I also note that, while plaintiff

21   characterizes this as his second request for an extension, it is in fact his third.  *Compare id.* at 1

22   ("This is Plaintiff's second request for an extension of time.") *with* ECF No. 15 at 1 ("This is

23   Plaintiff's second request for an extension of time."); *see also* ECF No. 11.

24

25

26

27

28
                                                  1

IT IS SO ORDERED.

Dated:     October 18, 2019

UNITED STATES MAGISTRATE JUDGE

No. 205