UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL RENEE THOMAS,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 1:19-cv-00072-JDP<br><br>ORDER GRANTING THE PARTIES' MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 23 |

The parties' request for an extension, ECF No. 23, is granted. The deadline for defendant's responsive brief (or the parties' remand stipulation) will be February 7, 2020.

IT IS SO ORDERED.

Dated:   January 27, 2020                                /s/ Jeremy Peterson
                                                                                   UNITED STATES MAGISTRATE JUDGE

No. 205.