<table>
<tr><td>RACHEL RENEE THOMAS,<br><br>           Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>           Defendant.</td><td>Case No. 1:19-cv-00072-JDP<br><br>ORDER GRANTING THE PARTIES' STIPULATION FOR A VOLUNTARY REMAND<br><br>ECF No. 25</td></tr>
</table>

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

Pursuant to the stipulation of the parties, ECF No. 25, this case is hereby remanded. *See* U.S.C. § 405(g).

IT IS SO ORDERED.

Dated:   February 7, 2020                          /s/ Jeremy Peterson
                                                               UNITED STATES MAGISTRATE JUDGE

No. 205.