UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL RENEE THOMAS,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:19-cv-00072-JDP<br><br>ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>ECF No. 28 |

Pursuant to the stipulation of the parties, ECF No. 28, it is hereby ordered that attorney fees, in the amount of six-thousand two-hundred dollars ($6,200), are awarded to plaintiff, subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated:   April 9, 2020                           _____
                                                            UNITED STATES MAGISTRATE JUDGE

No. 205.